IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

DYLAN FORD,                               )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )          CV 126-082
                                          )
RODNEYSE BICHOTTE-HERMELYN;               )
BRIAN GOTLIEB; and                        )
JOY CAMPANELLI,                           )
                                          )
            Defendants.                   )

------

**O R D E R**

------

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion.

Therefore, the Court **DISMISSES** the case and **CLOSES** this civil action.

SO ORDERED this __10th__ day of June, 2026, at Augusta, Georgia.

 

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA