AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DYLAN FORD,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

        **v.**

CASE NUMBER:  CV 126-082

RODNEYSE BICHOTTE-HERMELYN, BRIAN GOTLIEB, and JOY CAMPANELLI,

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered June 10, 2026, the Court adopts the Magistrate Judge's

Report and Recommendation as it's opinion and dismisses this case.  This case stands closed.

| | | |
|---|---|---|
| 6/10/2026 |  | John E. Triplett, Clerk of Court |
| *Date* | | *Clerk* |
| | | *(By) Deputy Clerk* |

GAS Rev 10/2020